# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   DONALD J. SETTERQUIST & GALE I. SETTERQUIST                    Case Number: 04-73472
205 ST. LOUIS AVENUE                         SSN-xxx-xx-9855 & xxx-xx-5488
ROCKFORD, IL  61104

|  |  |
|---|---|
| Case filed on: | 7/8/2004 |
| Plan Confirmed on: | 9/10/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $38,566.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY GARY C FLANDERS | 2,636.42 | 2,636.42 | 2,636.42 | 0.00 |
|  | Total Legal | 2,636.42 | 2,636.42 | 2,636.42 | 0.00 |
|  |  |  |  |  |  |
| 018 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 998 | DONALD J. SETTERQUIST | 0.00 | 0.00 | 17.73 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 17.73 | 0.00 |
|  |  |  |  |  |  |
| 001 | MEMBERS ALLIANCE CREDIT UNION | 11,899.17 | 11,899.17 | 11,899.17 | 776.96 |
| 002 | WELLS FARGO BANK N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 11,899.17 | 11,899.17 | 11,899.17 | 776.96 |
|  |  |  |  |  |  |
| 001 | MEMBERS ALLIANCE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN CORADUIS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSOCIATED NAT'L COLL BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 1,818.66 | 1,818.66 | 1,818.66 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 1,211.38 | 1,211.38 | 1,211.38 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 509.44 | 509.44 | 509.44 | 0.00 |
| 012 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO PORTFOLIO FUNDING, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCOP / FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RETAILERS NATIONAL BANK | 745.28 | 745.28 | 745.28 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 13,505.67 | 13,505.67 | 13,505.67 | 0.00 |
| 019 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSOCIATED NAT'L COLL BUREAU | 515.50 | 515.50 | 515.50 | 0.00 |
| 021 | ROCKFORD RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RESURGENT CAPITAL SERVICES | 2,301.47 | 2,301.47 | 2,301.47 | 0.00 |
|  | Total Unsecured | 20,607.40 | 20,607.40 | 20,607.40 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 35,142.99 | 35,142.99 | 35,160.72 | 776.96 |

| | |
|---|---|
| Total Paid Claimant: | $35,937.68 |
| Trustee Allowance: | $2,628.32 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan